IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Dkt. No. 2:20-mj-12414-6 (JBC)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | THIRD ORDER MODIFYING |
| v.                    ) | BAIL CONDITIONS |
| ) | |
| ) | |
| ACHIEL MORGAN.         ) | |
| ) | |
| Defendant.     ) | |
| ) | |

IT IS ORDERED on this _____ day of April, 2021, that the release of the defendant is subject to the following conditions:

1. All of those conditions contained in a previous Order of the Court dated March 8, 2021 (Dkt. 122) with the modification of said Order to include the additional ability for Defendant to visit the Blink Gym, 35890 White Plains Road, Bronx, New York, daily if desired at times to be arranged with his Pre-Trial Services Officer for purposes of exercising as recommended by his physician, there being no objection by United States Pre-Trial Services or the Government;

AND IT IS FURTHER ORDERED that a copy of this Order be transmitted to United States Pretrial Services and AUSA Jamie Hoxie, within 24 hours of its signing.

_____
U.S.M.J.