PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Achiel Morgan     Cr.: 22-00262-001
   PACTS #: 7156331

Name of Sentencing Judicial Officer:     THE HONORABLE MADELINE COX ARLEO
                                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/17/2023

Original Offense:     Count One: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 and 18 U.S.C. § 1344, a Class B Felony

Original Sentence: 88 Days imprisonment, 3 years supervised release

Special Conditions: Drug Testing and Treatment, Gang/Criminal Associations Prohibition, Financial Disclosure, Mental Health Treatment, New Debt Restrictions & Motor Vehicle Compliance

Type of Supervision: Supervised Release                    Date Supervision Commenced: 5/17/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special condition which states **'The restitution is due immediately and shall be paid in monthly installments of no less than $200, to commence 30 days after the date of this judgement.'**<br><br>To date, Morgan has paid $20.00, leaving a special assessment balance of $80.00 and a restitution balance of $52, 601.21. |

U.S. Probation Officer Action:

Morgan is supervised by the U.S. Probation Office in Eastern District of New York. A review of Morgan's compliance with his financial obligations revealed he made one payment of $20.00 towards his special assessment fee as of December 11, 2023. To date, Morgan has not made any payments towards his restitution. Morgan has been instructed on numerous occasions to submit a payment towards these balances. On each occasion Morgan promised to do so but failed to comply. He has expressed he was experiencing difficulty meeting his financial obligations due to childcare and custody issues. On November 27, 2023, Morgan was verbally reprimanded for his lack of payments, and his reporting requirements have been increased.

Prob 12A – page 2
Achiel Morgan

At this time, we are respectfully recommending no action be taken for the non-compliance noted above and that Transfer of Jurisdiction be initiated. Please find a copy of the Probation Form 22, Transfer of Jurisdiction, for Your Honor's signature.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KLARISSA L. PERRY
U.S. Probation Officer

/ klp

APPROVED:

_____   12/13/23
PATRICK HATTERSLEY                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Dec 14-23
_____
Date